UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEBBIE F.C.,[1]
Plaintiff,
v.
FRANK BISIGNANO,[2]
Commissioner of Social Security,
Defendant.

Case No. 8:25-cv-01621-SSC

**JUDGMENT**

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the

[1] Plaintiff's name is partially redacted in accordance with Rule 5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The Commissioner's name has been updated in accordance with the requirements of Rule 25(d) of the Federal Rules of Civil Procedure.

matter is remanded for further administrative action consistent with the Memorandum and Order filed concurrently herewith.

DATED: September 3, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE